Michael A. Mourtzanakis, Esq. - 030611994
**LAW OFFICES OF JAMES H. ROHLFING**
445 South Street, Morristown, NJ
Mailing address: P.O. Box 2903, Hartford, CT  06104-2903
Direct: 973-631- 7311 F: 855-857-9822
Attorney for Defendant Moshe Franco (i/p/a Moishe Franco)
File No.: 2023083835-US-SPR

| | |
|---|---|
| CHARLES RUIZ, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff, | |
| vs. | Civil Action No.: 3:23-cv-02753-ZNQ-JBD |
| MOISHE FRANCO, ABC COMPANIES 1-10 and JOHN DOE 1-5, | |
| Defendants. | **CONSENT ORDER EXTENDING TIME TO FILE ANSWER** |

This matter having been opened to the Court by the Law Offices of James H. Rohlfing, attorneys for Defendant Moshe Franco (i/p/a Moishe Franco), for an Order Extending Time to allow the service of a responsive pleading on behalf of said Defendant, counsel for the Plaintiff having entered consent below, and for good cause appearing;

IT IS on this ___11th___ day of _____August_____, 2023;

**ORDERED** that the time to serve a responsive pleading be, and hereby is, extended; and it is further

**ORDERED** that Defendant Moshe Franco be, and hereby is, permitted to serve a responsive pleading within 10 days from the date of this Order; and it is further

**ORDERED** that service of this Order shall be deemed effectuated upon all parties upon its upload to CM/ECF. Movant shall serve a copy of this Order on all parties not served electronically within seven days of the date of this Order.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

I hereby consent to the form
and substance of this Order.

**CELLINO LAW LLP**
Attorneys for Plaintiff

John Shields, Esq.

**Law Offices of James H. Rohlfing**
Attorneys for Defendant Moshe Franco

Michael A. Mourtzanakis